UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

PAMELA LYNN VALENTINE,

Plaintiff,

v.

Case No. 1:12-cv-392
Hon. Hugh W. Brenneman, Jr.

COMMISSIONER OF SOCIAL SECURITY,

Defendant.
______________________________/

**JUDGMENT**

In accordance with the Opinion filed this date:

The decision of the Commissioner is reversed pursuant to sentence four of 42 U.S.C. § 405(g), and the case is remanded to the Commissioner for further proceedings as outlined in the Opinion.

**IT IS SO ORDERED.**

Dated: September 20, 2013

/s/ Hugh W. Brenneman, Jr.
HUGH W. BRENNEMAN, JR.
United States Magistrate Judge